1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                   No. 2:25-cv-00369-JAM-CSK

12      IN RE:  STEVEN WAYNE BONILLA        No. 2:25-cv-00370-JAM-CSK

13                                                   No. 2:25-cv-00371-JAM-CSK

14                                                   No. 2:25-cv-00459-JAM-CSK

15                                                   No. 2:25-cv-00460-JAM-CSK

16                                                   No. 2:25-cv-00461-JAM-CSK

17                                                   No. 2:25-cv-00462-JAM-CSK

18                                                   No. 2:25-cv-00525-JAM-CSK

19                                                   No. 2:25-cv-00526-JAM-CSK

20                                                   No. 2:25-cv-00540-JAM-CSK

21

22

23

24                                                   **ORDER**

25

26

27          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5   the Court to open a new case for each attempted new pleading and assign it to the Court for

6   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9   finds they are related to Plaintiff's Alameda County criminal conviction.

10         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00369, 2:25-cv-00370, 2:25-cv-

11  00371, 2:25-cv-00459, 2:25-cv-00460, 2:25-cv-00461, 2:25-cv-00462, 2:25-cv-00525, 2:25-cv-

12  00526 and 2:25-cv-00540 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13  these cases.  **No further filings will be accepted**.

14

15   Dated: March 03, 2025                    /s/ John A. Mendez
                                            _____
16                                          THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28